Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of Montana**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☑ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          **06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **CORY**<br>First name<br>**SHANNON**<br>Middle name<br>**MARQUIS**<br>Last name<br><br>Suffix (Sr., Jr, II, III) | **BECKIE**<br>First name<br>**JO**<br>Middle name<br>**MARQUIS**<br>Last name<br><br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **9  6  6  9**<br>OR<br>**9**xx - xx - __ __ __ __ | xxx - xx - **4  0  3  1**<br>OR<br>**9**xx - xx - __ __ __ __ |

| Debtor 1 | CORY | SHANNON | MARQUIS | |
|---|---|---|---|---|
| Debtor 2 | BECKIE | JO | MARQUIS | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4. Your Employer Identification Number (EIN), if any.**

\_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_
EIN

\_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_
EIN

\_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_
EIN

\_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_
EIN

**5. Where you live**

**5790 US HWY 89**
Number          Street

**Belt, MT 59412**
City                          State        ZIP Code

**Cascade**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number          Street

P.O. Box

City                          State        ZIP Code

**If Debtor 2 lives at a different address:**

Number          Street

City                          State        ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number          Street

P.O. Box

City                          State        ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☑ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes. 

District _____ When _____ Case number _____
                            MM / DD / YYYY

District _____ When _____ Case number _____
                            MM / DD / YYYY

District _____ When _____ Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes. 

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
                            MM / DD / YYYY

Debtor _____ Relationship to you _____

District _____ When _____ Case number, if known _____
                            MM / DD / YYYY

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City      State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** |
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property?   _____
Number        Street

_____

_____
City                                    State        ZIP Code

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | CORY | SHANNON | MARQUIS | |
|---|---|---|---|---|
| Debtor 2 | BECKIE | JO | MARQUIS | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ CORY SHANNON MARQUIS** _____
CORY SHANNON MARQUIS, Debtor 1
Executed on **09/15/2025** _____
         MM/ DD/ YYYY

**X** **/s/ BECKIE JO MARQUIS** _____
BECKIE JO MARQUIS, Debtor 2
Executed on **09/15/2025** _____
         MM/ DD/ YYYY

| | |
|---|---|
| Debtor 1 | **CORY**     **SHANNON**     **MARQUIS** |
| Debtor 2 | **BECKIE**     **JO**     **MARQUIS** |

First Name     Middle Name     Last Name

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X**   **/s/ Gary S. Deschenes**      Date **09/15/2025**

Signature of Attorney for Debtor      MM / DD / YYYY

**Gary S. Deschenes**
Printed name

**Deschenes & Associates Law Offices**
Firm name

**Po Box 3466**
Number     Street

**Great Falls**      **MT**     **59403-3466**
City      State    ZIP Code

Contact phone **(406) 761-6112**     Email address **gsd@dalawmt.com**

**2293**      **MT**
Bar number      State

Certificate Number: 17082-MT-CC-040060049



17082-MT-CC-040060049

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 6, 2025</u>, at <u>9:13</u> o'clock <u>AM MST</u>, <u>CORY S MARQUIS</u> received from <u>Summit Financial Education, Inc.</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>District of Montana</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>September 6, 2025</u>                    By:     <u>/s/Elena Escobedo</u>

                                                         Name:   <u>Elena Escobedo</u>

                                                         Title:   <u>Customer Service Representative</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

Certificate Number: 17082-MT-CC-040060047



17082-MT-CC-040060047

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 6, 2025, at 9:13 o'clock AM MST, BECKIE J MARQUIS received from Summit Financial Education, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Montana, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   September 6, 2025              By:      /s/Elena Escobedo

                                     Name:   Elena Escobedo

                                     Title:   Customer Service Representative

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

ANDREW T. NEWCOMBER
UGRIN ALEXANDER ZADICK, P.C.
PO BOX 1746
GREAT FALLS, MT 59403-1746

BLUEVINE CAPITAL, INC.
550 HAMILTON AVENUE
PALO ALTO, CA 94301

BOSCH, KUHR, DUGDALE &
BROWN PLLP
PO BOX 7152
HAVRE, MT 59501

BRYCE BURKE
MOULTON BELLINGHAM
PO BOX 2559
BILLINGS, MT 59103-2559

CASCADE COUNTY
TREASURER
121 4TH STREET NORTH STE 1A
GREAT FALLS, MT 59401

CENTURYLINK
PO BOX 2489
OMAHA, NE 68103

CHRYSLER CAPITAL
PO BOX 961272
FORT WORTH, TX 76161

CITI CARDS
PO BOX 6052
CAROL STREAM, IL 60197

CITI THANKYOU
MASTERCARD
PO BOX 6064
CAROL STREAM, IL 60197

COMMERCIAL COLLECTIONS
OF AMERICA LLC
1559 SPINNAKER DR STE 205
VENTURA, CA 93001

DELLI BOVI AND REED
34 W 6TH AVE STE 2E
HELENA, MT 59601

DESCHENES & ASSOCIATES
LAW OFFICES
PO BOX 3466
GREAT FALLS, MT 59403-3466

DISCOVER
PO BOX 45909
SAN FRANCISCO, CA 94145-0909

FIRST INTERSTATE BANK
715 POB
WILMINGTON, OH 45177

FLAGSTAR FINANCIAL &
LEASING LLC
100 DUFFY AVE STE 402
HICKSVILLE, NY 11801

FNB OMAHA
PO BOX 2557
OMAHA, NE 68103

FREEDOM BANK
6640 W 143RD ST
OVERLAND PARK, KS 66223

FUNDBOX, INC.
785 MARKET ST
SAN FRANCISCO, CA 94103

GARY AND LOUISE BELSBY
C/O PHILLABAUM, LEDLIN, MATTHEWS &
SHELDON PLLC
1235 N POST STREET STE 100
SPOKANE, WA 99201

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ITRIA VENTURES LLC
ATTN: PRESIDENT AND GENERAL
COUNSEL
ONE PENN PLAZA STE 4530
NEW YORK, NY 10119

JB&B CAPITAL
PO BOX 10068
KNOXVILLE, TN 37939

JUNIPER CAPITAL
11 FRONT STREET S STE 100
ISSAQUAH, WA 98027

LANDMARK NATIONAL BANK
6640 W 143RD ST
OVERLAND PARK, KS 66223

BECKIE JO MARQUIS
5790 US HWY 89
BELT, MT 59412

CORY SHANNON MARQUIS
5790 US HWY 89
BELT, MT 59412

MARRA, EVENSON, & LEVINE
PC
PO BOX 1525
GREAT FALLS, MT 59403

MICHAEL J. KLEPPERICH
CROWLEY FLECK PLLP
PO BOX 2529
BILLINGS, MT 59103-2529

MONTANA DEPARTMENT OF
REVENUE
BANKRUPTCY SPECIALIST
PO BOX 7701
HELENA, MT 59604-7701

MONTANA FEDERAL CREDIT
UNION
PO BOX 5027
GREAT FALLS, MT 59403

NATASHA PRINZING JONES
BOONE KARLBERG P.C.
PO BOX 9199
MISSOULA, MT 59807-9199

R & M CATTLE CO.
210 COTTONWOOD LANE
CHINOOK, MT 59523

RUSSELL COUNTY FCU
PO BOX 2605
GREAT FALLS, MT 59403

S & P FINANCIAL SERVICES,
INC.
8341 NW MACE RD #200
KANSAS CITY, MO 64152

S. COLE WHEELER
WOOLF MCCLANE
PO BOX 900
KNOXVILLE, TN 37901

SEGFCU
PO BOX 69
LAUREL, MT 59044

SHOP YOUR WAY
MASTERCARD
PO BOX 6070
CAROL STREAM, IL 60197

SPARTAN BUSINESS
SOLUTIONS LLC
C/O THE LAW OFFICE OF JASON GANG,
PLLC
1245 HEWLETT PLAZA #478
HEWLETT, NY 11557

SYNCHRONY BANK
PO BOX 71715
PHILADELPHIA, PA 19176-1715

TAYNE LAW GROUP
135 PINELAWN ROAD STE 250N
MELVILLE, NY 11747

TOM WILSON
54 MISSOURI SHORES
GREAT FALLS, MT 59404

TRACTOR SUPPLY CREDIT
PLAN
PO BOX 6062
CAROL STREAM, IL 60197-6062

TRAVELERS CASUALTY &
SURETY COMPANY
PO BOX 2989
HARTFORD, CT 06104-2989

U.S. SMALL BUSINESS
ADMINISTRATION
1545 HAWKINS BLVD STE 202
EL PASO, TX 79925

VEDDER PRICE P.C.
1633 BROADWAY, 31ST FLOOR
NEW YORK, NY 10019

WELLS FARGO BANK
PO BOX 51166
LOS ANGELES, CA 90051-5466

WESCHENFELDER FEEDLOT
INC.
10626 C.A. ROAD
SHEPHERD, MT 59079