Debtor 1: **CORY SHANNON MARQUIS**
First Name    Middle Name    Last Name

Debtor 2: **BECKIE JO MARQUIS**
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court: District of Montana

Case number: **4:25–bk–40068–BPH**

Social Security number or ITIN: xxx–xx–9669
EIN: _ _ – _ _ _ _ _ _ _

Social Security number or ITIN: xxx–xx–4031
EIN: _ _ – _ _ _ _ _ _ _

Date case filed for chapter: 12    9/15/25

Official Form 309G (For Individuals or Joint Debtors)
# Notice of Chapter 12 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 12 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, from the debtors' property, or from certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 12 plan may result in a discharge of debt. Creditors who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | CORY SHANNON MARQUIS | BECKIE JO MARQUIS |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5790 US HWY 89<br>BELT, MT 59412 | 5790 US HWY 89<br>BELT, MT 59412 |
| 4. | **Debtor's attorney**<br>Name and address | GARY S. DESCHENES<br>DESCHENES & ASSOCIATES<br>P.O. BOX 3466<br>GREAT FALLS, MT 59403–3466 | Contact phone 406.761.6112<br><br>Email: gsd@dalawmt.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT G. DRUMMOND<br>PO BOX 1829<br>GREAT FALLS, MT 59403 | Contact phone 406 761–8600<br><br>Email: Trustee@MTChapter13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>400 North Main St, Rm 263<br>Butte, MT 59701 | Hours open:<br>8:00AM – 5:00PM<br><br>Contact phone 406–497–1240<br><br>Date: 9/17/25 |

**For more information, see page 2**

| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 14, 2025 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom Video meeting. Go to Zoom.us/join, Enter Meeting ID 820 060 5579, and Passcode 4125174324, OR call 1–406–295–6811** |
|---|---|---|
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | |
| 8. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | **Filing deadline: 12/15/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: 11/24/25 |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: 3/16/26 |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**    30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a Chapter 12 bankruptcy case** | Chapter 12 allows family farmers and family fishermen to reorganize according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan. You may object to confirmation of the plan and attend the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business unless the court orders otherwise. | |
| 12. **Discharge of debts** | Confirmation of a chapter 12 plan may result in a discharge of debts, which may include all or part of your debt. Unless the court orders otherwise, the discharge will not be effective until all payments under the plan are made. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt excepted under 11 U.S.C. § 523(a)(2), (4), or (6), you must start a judicial proceeding by filing a complaint and paying the filing fee in the clerk's office by the deadline. | |
| 13. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

# <u>NOTICE:</u>

## In accordance with 11 U.S.C. § 1208(c) and Mont. LBR 2003–7 debtor's failure to attend the 341 meeting will be cause for dismissal without further notice.

In re:

CORY SHANNON MARQUIS

BECKIE JO MARQUIS

     Debtors

Case No. 25-40068-BPH

Chapter 12

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | CORY SHANNON MARQUIS, BECKIE JO MARQUIS, 5790 US HWY 89, BELT, MT 59412-8422 |
| 1502633 | | ANDREW T. NEWCOMBER, UGRIN ALEXANDER ZADICK, P.C., PO BOX 1746, GREAT FALLS, MT 59403-1746 |
| 1502634 | + | BLUEVINE CAPITAL, INC., 550 HAMILTON AVENUE, PALO ALTO, CA 94301-2011 |
| 1502635 | + | BOSCH, KUHR, DUGDALE & BROWN PLLP, PO BOX 7152, HAVRE, MT 59501-7152 |
| 1502636 | | BRYCE BURKE, MOULTON BELLINGHAM, PO BOX 2559, BILLINGS, MT 59103-2559 |
| 1502637 | + | CASCADE COUNTY TREASURER, 121 4TH STREET NORTH STE 1A, GREAT FALLS, MT 59401-2552 |
| 1502641 | + | CITI THANKYOU MASTERCARD, PO BOX 6064, CAROL STREAM, IL 60197-6064 |
| 1502642 | + | COMMERCIAL COLLECTIONS OF AMERICA LLC, 1559 SPINNAKER DR STE 205, VENTURA, CA 93001-5303 |
| 1502643 | + | DELLI BOVI AND REED, 34 W 6TH AVE STE 2E, HELENA, MT 59601-5075 |
| 1502645 | | FIRST INTERSTATE BANK, 715 POB, WILMINGTON, OH 45177 |
| 1502646 | + | FLAGSTAR FINANCIAL & LEASING LLC, 100 DUFFY AVE STE 402, HICKSVILLE, NY 11801-3636 |
| 1502648 | + | FREEDOM BANK, 6640 W 143RD ST, OVERLAND PARK, KS 66223-2104 |
| 1502649 | + | FUNDBOX, INC., 785 MARKET ST, SAN FRANCISCO, CA 94103-2003 |
| 1502650 | + | GARY AND LOUISE BELSBY, C/O PHILLABAUM, LEDLIN, MATTHEWS & SHELD, 1235 N POST STREET STE 100, SPOKANE, WA 99201-2529 |
| 1502653 | + | JB&B CAPITAL, PO BOX 10068, KNOXVILLE, TN 37939-0068 |
| 1502654 | + | JUNIPER CAPITAL, 11 FRONT STREET S STE 100, ISSAQUAH, WA 98027-3848 |
| 1502655 | + | LANDMARK NATIONAL BANK, 6640 W 143RD ST, OVERLAND PARK, KS 66223-2119 |
| 1502656 | + | MARRA, EVENSON, & LEVINE PC, PO BOX 1525, GREAT FALLS, MT 59403-1525 |
| 1502657 | | MICHAEL J. KLEPPERICH, CROWLEY FLECK PLLP, PO BOX 2529, BILLINGS, MT 59103-2529 |
| 1502659 | + | MONTANA FEDERAL CREDIT UNION, PO BOX 5027, GREAT FALLS, MT 59403-5027 |
| 1502697 | + | Montana FSA State Office, PO Box 670, Bozeman, MT 59771-0670 |
| 1502660 | | NATASHA PRINZING JONES, BOONE KARLBERG P.C., PO BOX 9199, MISSOULA, MT 59807-9199 |
| 1502661 | + | R & M CATTLE CO., 210 COTTONWOOD LANE, CHINOOK, MT 59523-9060 |
| 1502698 | + | R.E.C.D.S. (f/k/a FMHA), State Director, PO Box 670, Bozeman, MT 59771-0670 |
| 1502663 | + | S & P FINANCIAL SERVICES, INC., 8341 NW MACE RD #200, KANSAS CITY, MO 64152-4618 |
| 1502664 | + | S. COLE WHEELER, WOOLF MCCLANE, PO BOX 900, KNOXVILLE, TN 37901-0900 |
| 1502665 | + | SEGFCU, PO BOX 69, LAUREL, MT 59044-0069 |
| 1502666 | + | SHOP YOUR WAY MASTERCARD, PO BOX 6070, CAROL STREAM, IL 60197-6070 |
| 1502699 | | State Board of Hail Insurance, Capital Station, Helena, MT 59620 |
| 1502669 | + | TAYNE LAW GROUP, 135 PINELAWN ROAD STE 250N, MELVILLE, NY 11747-3122 |
| 1502670 | + | TOM WILSON, 54 MISSOURI SHORES, GREAT FALLS, MT 59404-6493 |
| 1502671 | | TRACTOR SUPPLY CREDIT PLAN, PO BOX 6062, CAROL STREAM, IL 60197-6062 |
| 1502672 | | TRAVELERS CASUALTY & SURETY COMPANY, PO BOX 2989, HARTFORD, CT 06104-2989 |
| 1502700 | + | USDA Office of General Counsel, 26 Fort Missoula Rd, Missoula, MT 59804-7203 |
| 1502674 | + | VEDDER PRICE P.C., 1633 BROADWAY, 31ST FLOOR, NEW YORK, NY 10019-7587 |
| 1502676 | + | WESCHENFELDER FEEDLOT INC., 10626 C.A. ROAD, SHEPHERD, MT 59079-3518 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: gsd@dalawmt.com | Sep 17 2025 21:03:00 | GARY S. DESCHENES, DESCHENES & ASSOCIATES, P.O. BOX 3466, GREAT FALLS, MT 59403-3466 |
| tr | + Email/Text: kprinzing@mtchapter13.com | Sep 17 2025 21:03:00 | ROBERT G. DRUMMOND, PO BOX 1829, GREAT FALLS, MT 59403-1829 |
| ust | + Email/Text: ustp.region18.bs.ecf@usdoj.gov | Sep 17 2025 21:03:00 | OFFICE OF THE U.S. TRUSTEE, US DEPT OF JUSTICE, 550 WEST FORT ST, RM 698, BOISE, ID 83724-0101 |
| 1502639 | ^ MEBN | Sep 17 2025 20:58:23 | CHRYSLER CAPITAL, PO BOX 961272, FORT WORTH, TX 76161-0272 |
| 1502640 | + EDI: CITICORP | Sep 18 2025 01:01:00 | CITI CARDS, PO BOX 6052, CAROL STREAM, IL 60197-6052 |
| 1502644 | EDI: DISCOVER | Sep 18 2025 01:01:00 | DISCOVER, PO BOX 45909, SAN FRANCISCO, CA 94145-0909 |
| 1502647 | Email/Text: collecadminbankruptcy@fnni.com | Sep 17 2025 21:03:00 | FNB OMAHA, PO BOX 2557, OMAHA, NE 68103 |
| 1502651 | EDI: IRS.COM | Sep 18 2025 01:01:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 1502658 | Email/Text: DORBankruptcyNotices@mt.gov | Sep 17 2025 21:03:00 | MONTANA DEPARTMENT OF REVENUE, BANKRUPTCY SPECIALIST, PO BOX 7701, HELENA, MT 59604-7701 |
| 1502662 | + Email/Text: lauric@russellcountryfcu.com | Sep 17 2025 21:03:00 | RUSSELL COUNTY FCU, PO BOX 2605, GREAT FALLS, MT 59403-2605 |
| 1502667 | + Email/Text: jason@jasongang.com | Sep 17 2025 21:03:00 | SPARTAN BUSINESS SOLUTIONS LLC, C/O THE LAW OFFICE OF JASON GANG, PLLC, 1245 HEWLETT PLAZA #478, HEWLETT, NY 11557-4021 |
| 1502668 | EDI: SYNC | Sep 18 2025 01:01:00 | SYNCHRONY BANK, PO BOX 71715, PHILADELPHIA, PA 19176-1715 |
| 1502673 | ^ MEBN | Sep 17 2025 20:58:23 | U.S. SMALL BUSINESS ADMINISTRATION, 1545 HAWKINS BLVD STE 202, EL PASO, TX 79925-2654 |
| 1502675 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 18 2025 01:11:19 | WELLS FARGO BANK, PO BOX 51166, LOS ANGELES, CA 90051-5466 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1502638 | ##+ | CENTURYLINK, PO BOX 2489, OMAHA, NE 68103-2489 |
| 1502652 | ##+ | ITRIA VENTURES LLC, ATTN: PRESIDENT AND GENERAL COUNSEL, ONE PENN PLAZA STE 4530, NEW YORK, NY 10119-4500 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| GARY S. DESCHENES | on behalf of Joint Debtor BECKIE JO MARQUIS gsd@dalawmt.com descheneslaw@dalawmt.com;bkcy@dalawmt.com;recept@dalawmt.com;td@dalawmt.com;lpbpeck@hotmail.com;paralegal@dalawmt.com;DeschenesAssociatesLawOffices@jubileebk.net |
| GARY S. DESCHENES | on behalf of Debtor CORY SHANNON MARQUIS gsd@dalawmt.com descheneslaw@dalawmt.com;bkcy@dalawmt.com;recept@dalawmt.com;td@dalawmt.com;lpbpeck@hotmail.com;paralegal@dalawmt.com;DeschenesAssociatesLawOffices@jubileebk.net |
| OFFICE OF THE U.S. TRUSTEE | ustp.region18.bs.ecf@usdoj.gov |
| ROBERT G. DRUMMOND | Trustee@MTChapter13.com kprinzing@MTChapter13.com;tfloerchinger@MTChapter13.com;rdrummond13@ecf.epiqsystems.com;trusteeMTB21@ecf.epiqsystems.com |

TOTAL: 4