Fill in this information to identify your case and this filing:

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **MONTANA**

Case number **4:25-BK-40068-BPH**

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **What is the property?** Check all that apply.

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   1.1 **S06, T16 N, R07 E, LOTS 3, 4, 5, 6, & TRACT 2 COS 3809**

   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☑ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   Street address, if available, or other description

   **5790 US HIGHWAY 89**

   **BELT, MT 59412**

   City          State          ZIP Code

   **CASCADE**

   County

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | **$1,000,000.00** | **$1,000,000.00** |

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **FEE SIMPLE**

   **Who has an interest in the property?** Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   **Other information you wish to add about this item, such as local property identification number:** _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .................................................. ➔

   | **$1,000,000.00** |
   |---|

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

3.1  Make:                    **BUICK**

Model:                   **GS**

Year:                    **1970**

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $25,000.00 | $25,000.00 |

If you own or have more than one, describe here:

3.2  Make:                    **BUICK**

Model:                   **GS**

Year:                    **1967**

Approximate mileage: _____

Other information:

**PROJECT CAR**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

3.3  Make:                    **CHEVY**

Model:                   **C70**

Year:                    **1979**

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,000.00 | $3,000.00 |

3.4  Make:                    **JEEP**

Model:                   **WAGONEER**

Year:                    **2022**

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $45,000.00 | $45,000.00 |

3.5    Make: _____

Model: **FLATBED TRAILER**

Year: **2021**

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,000.00 | $2,000.00 |

3.6    Make: **CHEVROLET**

Model: **SILVERADO K350**

Year: **2019**

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $35,000.00 | $35,000.00 |

3.7    Make: **DODGE**

Model: **RAM 3500**

Year: **2018**

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $20,000.00 | $20,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☐ No
- ☑ Yes

4.1    Make: **CF MOTO**

Model: **C FORCE**

Year: **2018**

Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,500.00 | $1,500.00 |

If you own or have more than one, list here:

| 4.2 | Make: | **TRAVALUM** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|-----|-------|-----------|----------------------------------------------------|---|

Make: **TRAVALUM**

Model: **GSTK34**

Year: **2021**

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $35,000.00 | $35,000.00 |

4.3

Make: **DURANGO GOLD**

Model: **385 BR20**

Year: **2020**

Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $45,000.00 | $45,000.00 |

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................................................... → **$221,500.00**

| Part 3: | Describe Your Personal and Household Items |
|---------|--------------------------------------------|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☑ Yes. Describe. .........

| 2 COUCHES - $100; LOVESEAT - $30; 6 LAMPS - $10; 2 TABLES - $150; 10 CHAIRS - $100; 4 BEDS - $400; 3 END TABLES - $30; REFRIGERATOR - $50; 2 WASHER/DRYERS - $500; 2 MICROWAVES - $20; 3 FREEZERS - $300; DISHWASHER - $100; RANGE/OVEN - $150; 2 RECLINERS - $150 | $2,090.00 |
|---|---|

7.  **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- ☐ No
- ☑ Yes. Describe. .........

| SEE ATTACHED. | $3,360.00 |
|---|---|

8.  **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- ☐ No
- ☑ Yes. Describe. .........

| ANTIQUES INCLUDING SCHOOL BENCHES, DOLL HOUSE, CHAIRS, TABLE, LIFE MAGAZINES, ETC. (IN SHED WHEN PURCHASED THE PROPERTY) | $350.00 |
|---|---|

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

☑ Yes. Describe. .........

| CAMERA - $50; VIDEO CAMERA - $50; ELIPTICAL MACHINE - $25; 2 BICYCLES - $100 | $225.00 |

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes. Describe. .........

| 2 RIFLES - $350; 2 PISTOLS - $200 | $550.00 |

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........

| CLOTHING | $200.00 |

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| 3 WOMEN'S RINGS - $300; NECKLACE - $75; 2 MEN'S RINGS - $250 | $625.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................................................➔

| $7,400.00 |

## Part 4:   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ........................................................................................................................   Cash: ..................

| $300.00 |

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................     Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **INDEPENDENCE BANK**<br>**ACCOUNT NUMBER: 2978** | **$4.20** |
| 17.2. Savings account: | **INDEPENDENCE BANK**<br>**ACCOUNT NUMBER: 9459** | **$26.57** |
| 17.3. Savings account: | **MONTANA FEDERAL CREDIT UNION** | **$25.00** |
| 17.4. Savings account: | **SEGFCU** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **M HANGING 6 RANCH LLC**<br>**100% OWNERSHIP** | **100.00%** | **$0.00** |
| **MARQUIS CATTLE COMPANY**<br>**(DEBTS EXCEED ASSETS)** | **100.00%** | **$0.00** |
| **PUMPT CONCRETE PUMPING LLC**<br>**20% OWNERSHIP INTEREST** | **100.00%** | **$40,000.00** |
| **STOVED UP (DBA OF M HANGING 6 RANCH LLC)**<br>**100% OWNERSHIP** | **100.00%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
    information about
    them....................     Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each
    account separately.    Type of account:        Institution name:

    | | IRA: | **FARM BUREAU INSURANCE** | **UNKNOWN** |
    |---|---|---|---|
    | | IRA: | **PRUDENTIAL**<br>**CONTRACT NUMBER 0443** | **$8,514.83** |

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
    others

    ☑ No

    ☐ Yes ......................     Institution name or individual:

    Electric:

    Gas:

    Heating oil:

    Security deposit on rental unit:

    Prepaid rent:

    Telephone:

    Water:

    Rented furniture:

    Other:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ....................     Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes ....................     Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

    Federal:

    State:

    Local:

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    | | |
    |---|---|
    | Alimony: | |
    | Maintenance: | |
    | Support: | |
    | Divorce settlement: | |
    | Property settlement: | |

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☐ No

    ☑ Yes. Give specific information. ........

    | | |
    |---|---|
    | TAX REFUND OWED BY IRS FROM 2020 | $7,500.00 |

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ☑ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | FARM BUREAU INSURANCE WHOLE LIFE POLICY NO. 5585 | BECKIE MARQUIS | $9,753.21 |
    | FARM BUREAU TERM LIFE INSURANCE POLICY NO. 7156 | CORY MARQUIS | $0.00 |

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No

    ☑ Yes. Describe each claim. .............

    | | |
    |---|---|
    | SEE ATTACHED. | $255,859.67 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No

    ☑ Yes. Describe each claim. .............

    | | |
    |---|---|
    | SEE ATTACHED. | $200,000.00 |

35. **Any financial assets you did not already list**

   ☑ No

   ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................  ➡  **$521,983.48**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

   ☐ No. Go to Part 6.

   ☑ Yes. Go to line 38.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

   ☐ No

   ☑ Yes. Describe. .........   **SEE ATTACHED.**   $685,000.00

39. **Office equipment, furnishings, and supplies**

   *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

   ☑ No

   ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

   ☑ No

   ☐ Yes. Describe. .........

41. **Inventory**

   ☑ No

   ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

   ☑ No

   ☐ Yes. Describe .......

   Name of entity:                                    % of ownership:

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

  ☐ No

  ☐ Yes. Describe. .........

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
  information .........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................................................➔     **$685,000.00**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
|  | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.

☑ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.  **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

48.  **Crops—either growing or harvested**

☐ No

☑ Yes. Give specific
  information. ............       GRAZING LAND LEASED OUT EVERY YEAR FROM MAY THROUGH OCTOBER. LESSEE VARIES VERY YEAR. AVERAGE LEASE PAYMENT RECEIVED IS $14,000/YR           **$14,000.00**

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

☑ Yes ..........................   | 25' DUCKFOOT - $3,500<br>25' HARROWS - $1,000 |   **$4,500.00**

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ..........................

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information. ............

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................................................................................ ➔  **$18,500.00**

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  **Do you have other property of any kind you did not already list?**

*Examples:*  Season tickets, country club membership

☑ No

☐ Yes. Give specific information. ............

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................................... ➔  **$0.00**

## Part 8:   List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2** ....................................................................................................................... ➔  **$1,000,000.00**

56.  **Part 2: Total vehicles, line 5**                                           **$221,500.00**

57.  **Part 3: Total personal and household items, line 15**                     **$7,400.00**

58.  **Part 4: Total financial assets, line 36**                                 **$521,983.48**

59.  **Part 5: Total business-related property, line 45**                        **$685,000.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**              **$18,500.00**

61.  **Part 7: Total other property not listed, line 54**                  **+**    **$0.00**

62.  **Total personal property.** Add lines 56 through 61. ..............   **$1,454,383.48**   Copy personal property total ➔  **+  $1,454,383.48**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62. ......................................................................................   **$2,454,383.48**

## Continuation Page

| | | |
|---|---|---:|
| **7.** | **Electronics** | |
| | 4 TVS - $300; BLUE RAY PLAYER - $5; DVD PLAYER - $5; COMPUTER $50 | **$360.00** |
| | COMPUTER SERVER (NOT OPERABLE) | **$1,000.00** |
| | COMPUTER SERVER (NOT OPERABLE) | **$1,000.00** |
| | COMPUTER SERVER (NOT OPERABLE) | **$1,000.00** |
| **33.** | **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment** | |
| | ALEXANDER GOLD | **$30,000.00** |
| | DAVE KASSELL | **$2,500.00** |
| | DOUG FULLER | **UNKNOWN** |
| | IT CREATIONS, INC. | **UNKNOWN** |
| | JIM AND ANGIE SINCLAIR | **UNKNOWN** |
| | KJ FINANCE | **UNKNOWN** |
| | KYLE JACOBS | **UNKNOWN** |
| | MICHAEL BROSSART | **UNKNOWN** |
| | S & P FINANCIAL SERVICES, INC. | **UNKNOWN** |
| | STEVE KILLORN | **$149,000.00** |
| | TOM WILSON | **$74,359.67** |
| | WESCHENFELDER FEEDLOT | **UNKNOWN** |
| **34.** | **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | FLAGSTAR FINANCIAL & LEASING LLC | **UNKNOWN** |
| | GARY AND LOUISE BELSBY | **UNKNOWN** |
| | ITRIA VENTURES LLC | **UNKNOWN** |
| | JB&B CAPITAL | **UNKNOWN** |
| | R & M CATTLE CO. | **UNKNOWN** |
| | S & P FINANCIAL SERVICES, INC. | **UNKNOWN** |
| | SPARTAN BUSINESS SOLUTIONS LLC | **UNKNOWN** |
| | STEARNS BANK | **UNKNOWN** |
| | TOM WILSON | **UNKNOWN** |
| | WESCHENFELDER FEEDLOT | **$200,000.00** |

| | Continuation Page |
|---|---|

| 38. | Accounts receivable or commissions you already earned | |
|---|---|---|
| | **BILL MILLIKAN** | **$2,000.00** |
| | **KENNETH JAKE POWELL AND KATHERINE POWELL**<br>**PURCHASE OF REAL PROPERTY LOCATED AT 805 US HWY 87, BELT, MT 59412 (JUDITH BASIN COUNTY)** | **$503,000.00** |
| | **LEALA TYREE** | **$30,000.00** |
| | **MIGUEL A. REA**<br>**(OWED TO MARQUIS CATTLE COMPANY)**<br>**MR. REA FILED A CH. 7 BANKRUPTCY IN THE NORTHERN DISTRICT OF ILLINOIS ON 2/3/2025, CASE NO. 25-01688** | **$150,000.00** |

Fill in this information to identify your case:

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of    **MONTANA**

Case number    **4:25-BK-40068-BPH**
(if known)

❑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **S06, T16 N, R07 E, LOTS 3, 4, 5, 6, & TRACT 2 COS 3809**<br>**5790 US HIGHWAY 89**<br>**BELT, MT 59412**<br><br>Line from *Schedule A/B:*    **1.1** | **$1,000,000.00** | ☑    **$409,450.50**<br><br>❑ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. §§ 70-32-104, 105, & 25-13-615** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ❑ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No

   ❑ Yes

Official Form 106C                **Schedule C: The Property You Claim as Exempt**                page **1** of **4**

| | | | |
|---|---|---|---|
| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** |
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **4:25-BK-40068-BPH**

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1967 BUICK GS** **PROJECT CAR**<br><br>Line from *Schedule A/B:* **3.2** | **$10,000.00** | ☑ **$8,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. §** **25-13-609(2)** |
| Brief description: **2 COUCHES - $100; LOVESEAT - $30; 6 LAMPS - $10; 2 TABLES - $150; 10 CHAIRS - $100; 4 BEDS - $400; 3 END TABLES - $30; REFRIGERATOR - $50; 2 WASHER/DRYERS - $500; 2 MICROWAVES - $20; 3 FREEZERS - $300; DISHWASHER - $100; RANGE/OVEN - $150; 2 RECLINERS - $150**<br><br>Line from *Schedule A/B:* **6** | **$2,090.00** | ☑ **$2,090.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. §** **25-13-609(1)** |
| Brief description: **4 TVS - $300; BLUE RAY PLAYER - $5; DVD PLAYER - $5; COMPUTER $50**<br><br>Line from *Schedule A/B:* **7** | **$360.00** | ☑ **$360.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. §** **25-13-609(1)** |

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **ANTIQUES INCLUDING SCHOOL BENCHES, DOLL HOUSE, CHAIRS, TABLE, LIFE MAGAZINES, ETC. (IN SHED WHEN PURCHASED THE PROPERTY)**<br>Line from *Schedule A/B:* **8** | **$350.00** | ☑ **$350.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. § 25-13-609(1)** |
| Brief description: **CAMERA - $50; VIDEO CAMERA - $50; ELIPTICAL MACHINE - $25; 2 BICYCLES - $100**<br>Line from *Schedule A/B:* **9** | **$225.00** | ☑ **$225.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. § 25-13-609(1)** |
| Brief description: **2 RIFLES - $350; 2 PISTOLS - $200**<br>Line from *Schedule A/B:* **10** | **$550.00** | ☑ **$550.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. § 25-13-609(1)** |
| Brief description: **CLOTHING**<br>Line from *Schedule A/B:* **11** | **$200.00** | ☑ **$200.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. § 25-13-609(1)** |
| Brief description: **3 WOMEN'S RINGS - $300; NECKLACE - $75; 2 MEN'S RINGS - $250**<br>Line from *Schedule A/B:* **12** | **$625.00** | ☑ **$625.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. § 25-13-609(1)** |
| Brief description: **CASH**<br>Line from *Schedule A/B:* **16** | **$300.00** | ☑ **$240.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **15 U.S.C. § 1673** |

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **INDEPENDENCE BANK CHECKING ACCOUNT ACCT. NO.: 2978**<br>Line from *Schedule A/B:* **17** | **$4.20** | ☑ **$3.15**<br>❏ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. § 25-13-614** |
| Brief description: **PRUDENTIAL CONTRACT NUMBER 0443**<br>Line from *Schedule A/B:* **21** | **$8,514.83** | ❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. § 31-2-106(4)** |
| Brief description: **FARM BUREAU INSURANCE**<br>Line from *Schedule A/B:* **21** | **UNKNOWN** | ☑ **UNKNOWN**<br>❏ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. § 31-2-106(4)** |
| Brief description: **FARM BUREAU INSURANCE WHOLE LIFE POLICY NO. 5585**<br>Line from *Schedule A/B:* **31** | **$9,753.21** | ❏ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. § 25-13-608(1)(K)** |
| Brief description: **25' DUCKFOOT - $3,500 25' HARROWS - $1,000**<br>Line from *Schedule A/B:* **49** | **$4,500.00** | ☑ **$2,500.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **MONT. CODE ANN. § 25-13-609(1)** |

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of  **MONTANA**

Case number (if known)  **4:25-BK-40068-BPH**

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|

**2.1**

**CASCADE COUNTY TREASURER**
Creditor's Name

**121 4TH STREET NORTH STE 1A**
Number      Street

**GREAT FALLS, MT 59401**
City      State      ZIP Code

**Describe the property that secures the claim:**

**S06, T16 N, R07 E, LOTS 3, 4, 5, 6, & TRACT 2 COS 3809**
**5790 US HIGHWAY 89 BELT, MT 59412**

| | Column A | Column B | Column C |
|---|---|---|---|
| | $2,088.79 | $1,000,000.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred   **2024**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **TAX LIEN**

Last 4 digits of account number   **6   7   0   0**

**Add the dollar value of your entries in Column A on this page. Write that number here:**   **$2,088.79**

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | | Case number *(if known)* **4:25-BK-40068-BPH** |
|---|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.2**

| CASCADE COUNTY TREASURER | Describe the property that secures the claim: | $4,000.00 | $1,000,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**121 4TH STREET NORTH STE 1A**

> **S06, T16 N, R07 E, LOTS 3, 4, 5, 6, & TRACT 2 COS 3809**
> **5790 US HIGHWAY 89 BELT, MT 59412**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**GREAT FALLS, MT 59401**

City    State    ZIP Code

**Who owes the debt?** Check one.

- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

**Date debt was incurred** **2025**

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** PROPERTY TAXES

| Add the dollar value of your entries in Column A on this page. Write that number here: | $4,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | Additional Page<br><br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

**2.3**

| **CHRYSLER CAPITAL** | Describe the property that secures the claim: | $15,934.00 | $20,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 961272**

Number        Street

**2018 DODGE RAM 3500**

**FORT WORTH, TX 76161**

City           State       ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** __ __ __ __

**2.4**

| **FIRST INTERSTATE BANK** | Describe the property that secures the claim: | $48,551.59 | $45,000.00 | $3,551.59 |
|---|---|---|---|---|

Creditor's Name

**715 POB**

Number        Street

**2020 DURANGO GOLD 385 BR20**

**WILMINGTON, OH 45177**

City           State       ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number** **2   9   3   6**

| | | |
|---|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$64,485.59** | |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | _____ | |

| | | | Column A | Column B | Column C |
| --- | --- | --- | --- | --- | --- |
| Part 1: | Additional Page<br><br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |

**2.5**

| **JUNIPER CAPITAL** | **Describe the property that secures the claim:** | $371,000.00 | $1,000,000.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**11 FRONT STREET S STE 100**

Number        Street

> **S06, T16 N, R07 E, LOTS 3, 4, 5, 6, & TRACT 2 COS 3809**
> **5790 US HIGHWAY 89 BELT, MT 59412**

**ISSAQUAH, WA 98027**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred**   **06/01/2022**    **Last 4 digits of account number**    **1  5  7  1**

**Remarks:** BRIDGE LOAN

**2.6**

| **MONTANA DEPARTMENT OF REVENUE** | **Describe the property that secures the claim:** | $9,023.77 | $1,000,000.00 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**BANKRUPTCY SPECIALIST**

**PO BOX 7701**

Number        Street

> **S06, T16 N, R07 E, LOTS 3, 4, 5, 6, & TRACT 2 COS 3809**
> **5790 US HIGHWAY 89 BELT, MT 59412**

**HELENA, MT 59604-7701**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
☑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
☑ Other (including a right to offset)    **WARRANT FOR DISTRAINT**

**Date debt was incurred**    **2022**    **Last 4 digits of account number**    **3  7  8  5**

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $380,023.77 | |
| --- | --- | --- |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|

Debtor 1  **CORY    SHANNON    MARQUIS**     Case number *(if known)* **4:25-BK-40068-BPH**

Debtor 2  **BECKIE    JO    MARQUIS**

First Name    Middle Name    Last Name

| Part 1: | Additional Page **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.7** 

| MONTANA DEPARTMENT OF REVENUE | Describe the property that secures the claim: | **$9,140.07** | **$1,000,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**BANKRUPTCY SPECIALIST**

**PO BOX 7701**

Number    Street

**HELENA, MT 59604-7701**

City    State    ZIP Code

**S06, T16 N, R07 E, LOTS 3, 4, 5, 6, & TRACT 2 COS 3809**
**5790 US HIGHWAY 89 BELT, MT 59412**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)  **WARRANT FOR DISTRAINT**

Date debt was incurred   **2022**     Last 4 digits of account number   **5  2  4  7**

**2.8**

| MONTANA FEDERAL CREDIT UNION | Describe the property that secures the claim: | **$16,455.84** | **$35,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO BOX 5027**

Number    Street

**GREAT FALLS, MT 59403**

City    State    ZIP Code

**2021 TRAVALUM GSTK34**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who owes the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$25,595.91** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

### 2.9

**RUSSELL COUNTY FCU**
Creditor's Name

**PO BOX 2605**
Number        Street

**GREAT FALLS, MT 59403**
City            State        ZIP Code

**Describe the property that secures the claim:** — $45,351.00 / $45,000.00 / $351.00

| **2022 JEEP WAGONEER** |
|---|

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** _____        **Last 4 digits of account number** ___ ___ ___ ___

### 2.10

**RUSSELL COUNTY FCU**
Creditor's Name

**PO BOX 2605**
Number        Street

**GREAT FALLS, MT 59403**
City            State        ZIP Code

**Describe the property that secures the claim:** — $44,315.32 / $35,000.00 / $9,315.32

| **2019 CHEVROLET SILVERADO K350** |
|---|

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** _____        **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** | $89,666.32

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | _____

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.11**

| | | | | | |
|---|---|---|---|---|---|
| **SEGFCU** | | Describe the property that secures the claim: | $42,516.47 | $25,000.00 | $17,516.47 |

Creditor's Name

**PO BOX 69**

| 1970 BUICK GS |
|---|

Number     Street

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

**LAUREL, MT 59044**

❑ Unliquidated

City     State     ZIP Code

❑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

❑ Debtor 1 only

☑ An agreement you made (such as mortgage or secured car loan)

❑ Debtor 2 only

❑ Statutory lien (such as tax lien, mechanic's lien)

☑ Debtor 1 and Debtor 2 only

❑ Judgment lien from a lawsuit

❑ At least one of the debtors and another

❑ Other (including a right to offset) _____

❑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

| Add the dollar value of your entries in Column A on this page. Write that number here: | $42,516.47 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $608,376.85 |

| Debtor 1 | CORY | SHANNON | MARQUIS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | BECKIE | JO | MARQUIS |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of   **MONTANA**

Case number   **4:25-BK-40068-BPH**
(if known)

❑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B:* **Property (Official Form 106A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G). Do not include any creditors with partially secured claims that are listed in** *Schedule D: Creditors Who Have Claims Secured by Property*. **If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.   Do any creditors have priority unsecured claims against you?**

❑ No. Go to Part 2.

☑ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 **INTERNAL REVENUE SERVICE** | Last 4 digits of account number ___ ___ ___ ___ | | **UNKNOWN** | **UNKNOWN** | **UNKNOWN** |

Priority Creditor's Name

**PO BOX 7346**

Number        Street

**When was the debt incurred?** _____

**PHILADELPHIA, PA 19101-7346**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | | Case number *(if known)* **4:25-BK-40068-BPH** |
|---|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | | |
| | First Name | Middle Name | Last Name | | |

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**

**MONTANA DEPARTMENT OF REVENUE**
Priority Creditor's Name

**BANKRUPTCY SPECIALIST**

**PO BOX 7701**
Number          Street

**HELENA, MT 59604-7701**
City          State          ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**UNKNOWN** **UNKNOWN** **UNKNOWN**

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of PRIORITY unsecured claim:**
- ❑ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ❑ Other. Specify _____

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

❏ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1

**BLUEVINE CAPITAL, INC.**

Nonpriority Creditor's Name

**550 HAMILTON AVENUE**

Number            Street

**PALO ALTO, CA 94301**

City            State            ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** 7 8 8 6

**When was the debt incurred?** 12/16/22

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **BUSINESS LOAN**

**$32,738.87**

### 4.2

**CENTURYLINK**

Nonpriority Creditor's Name

**PO BOX 2489**

Number            Street

**OMAHA, NE 68103**

City            State            ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** 6 0 3 1

**When was the debt incurred?** 2024-2025

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **TELEPHONE**

**$702.57**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.3 CITI CARDS
Nonpriority Creditor's Name

**PO BOX 6052**

Number          Street

**CAROL STREAM, IL 60197**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number**   **6   4   7   8**

**When was the debt incurred?**   **2024 TO 2025**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CREDIT CARD PURCHASES**

**$9,405.25**

### 4.4 CITI THANKYOU MASTERCARD
Nonpriority Creditor's Name

**PO BOX 6064**

Number          Street

**CAROL STREAM, IL 60197**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number**   **9   9   1   5**

**When was the debt incurred?**   **2024 - 2025**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CREDIT CARD PURCHASES**

**$4,790.49**

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.5** **DELLI BOVI AND REED**

Nonpriority Creditor's Name

**34 W 6TH AVE STE 2E**

Number        Street

**HELENA, MT 59601**

City        State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**        **2024-2025**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **ATTORNEY'S FEES**

**Total claim: $5,506.71**

**4.6** **DISCOVER**

Nonpriority Creditor's Name

**PO BOX 45909**

Number        Street

**SAN FRANCISCO, CA 94145-0909**

City        State        ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number**  **7  5  6  5**

**When was the debt incurred?**        **2024 TO 2025**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CREDIT CARD PURCHASES**

**Total claim: $24,725.15**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.7** **FLAGSTAR FINANCIAL & LEASING LLC**

Nonpriority Creditor's Name

**100 DUFFY AVE STE 402**

Number          Street

**HICKSVILLE, NY 11801**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Remarks:** COMPUTER EQUIPMENT FINANCE

Last 4 digits of account number     **3   0   0   1**

**When was the debt incurred?**     **02/10/2023**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **EQUIPMENT FINANCE AGREEMENT**

**$187,240.51**

---

**4.8** **FNB OMAHA**

Nonpriority Creditor's Name

**SCHEELS VISA**

**PO BOX 2557**

Number          Street

**OMAHA, NE 68103**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

Last 4 digits of account number     **9   3   4   3**

**When was the debt incurred?**     **2024 TO 2025**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **CREDIT CARD PURCHASES**

**$8,930.06**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.9 FREEDOM BANK

Nonpriority Creditor's Name

**6640 W 143RD ST**

Number          Street

**OVERLAND PARK, KS 66223**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** SAME DEBT AS S&P FINANCIAL SERVICES, INC.

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Total claim: UNKNOWN**

---

### 4.10 GARY AND LOUISE BELSBY

Nonpriority Creditor's Name

**C/O PHILLABAUM, LEDLIN, MATTHEWS ET AL.**

**1235 N POST STREET STE 100**

Number          Street

**SPOKANE, WA 99201**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** OWED BY STEVE KILLORN

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** **2024**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **BISON SALE**

**Total claim: $141,000.00**

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.11 ITRIA VENTURES LLC
Nonpriority Creditor's Name

**ATTN: PRESIDENT AND GENERAL COUNSEL**

**ONE PENN PLAZA STE 4530**

Number          Street

**NEW YORK, NY 10119**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**     **0   1   3   9**

**When was the debt incurred?**     **2021 & 2022**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **PREDATORY LOAN**

**Total claim     $568,000.00**

### 4.12 JB&B CAPITAL
Nonpriority Creditor's Name

**PO BOX 10068**

Number          Street

**KNOXVILLE, TN 37939**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** COMPUTER EQUIPMENT FINANCE

**Last 4 digits of account number**     **8   3   9   5**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **EQUIPMENT FINANCE AGREEMENT**

**Total claim     $141,768.19**

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.13** **LANDMARK NATIONAL BANK**
Nonpriority Creditor's Name

**6640 W 143RD ST**
Number          Street

**OVERLAND PARK, KS 66223**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** 2005 MACK 600 MR600 OWNED BY MARQUIS CATTLE COMPANY

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Total claim: **UNKNOWN**

---

**4.14** **MARRA, EVENSON, & LEVINE PC**
Nonpriority Creditor's Name

**PO BOX 1525**
Number          Street

**GREAT FALLS, MT 59403**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** ATTORNEY'S FEES

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** **2022-2025**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **ATTORNEY'S FEES**

Total claim: **$88,756.98**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

**4.15** **R & M CATTLE CO.**
Nonpriority Creditor's Name

**ATTN: MERLE OLSON**

**210 COTTONWOOD LANE**
Number          Street

**CHINOOK, MT 59523**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **$150,672.01**

**When was the debt incurred?**          **2023-2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CATTLE BUSINESS AND PASTURE RENT**

**4.16** **S & P FINANCIAL SERVICES, INC.**
Nonpriority Creditor's Name
**8341 NW MACE RD #200**
Number          Street

**KANSAS CITY, MO 64152**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **$155,000.00**

**When was the debt incurred?**          **08/19/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

**Remarks:** SECURED ON 2005 MACK 600 MR600 TRUCK AND 2017 JOHN DEERE TRACTOR OWNED BY MARQUIS CATTLE COMPANY

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.17 SHOP YOUR WAY MASTERCARD**
Nonpriority Creditor's Name

**PO BOX 6070**

Number          Street

**CAROL STREAM, IL 60197**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** **1  8  0  3**

**When was the debt incurred?**     **2024 TO 2025**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CREDIT CARD PURCHASES**

**$11,378.76**

---

**4.18 SPARTAN BUSINESS SOLUTIONS LLC**
Nonpriority Creditor's Name

**C/O THE LAW OFFICE OF JASON GANG, PLLC**

**1245 HEWLETT PLAZA #478**
Number          Street

**HEWLETT, NY 11557**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Remarks:** PREDATORY LOAN

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **MERCHANT CASH ADVANCE AGREEMENT**

**$132,500.00**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.19  STEARNS BANK**

Nonpriority Creditor's Name

**PO BOX 750**

Number          Street

**ALBANY, MN 56307-0750**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number**   **6   0   1   0**

**When was the debt incurred?**   **02/09/23**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **COMPUTER EQUIPMENT FINANCE**

**$141,775.91**

---

**4.20  SYNCHRONY BANK**

Nonpriority Creditor's Name

**PO BOX 71715**

Number          Street

**PHILADELPHIA, PA 19176-1715**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Remarks:** CARE CREDIT

**Last 4 digits of account number**   **2   3   2   1**

**When was the debt incurred?**   **2024 TO 2025**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CREDIT CARD PURCHASES**

**UNKNOWN**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.21**   **TAYNE LAW GROUP**

Nonpriority Creditor's Name

**135 PINELAWN ROAD STE 250N**

Number          Street

**MELVILLE, NY 11747**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Remarks:** ATTORNEY'S FEES

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**          **2024-2025**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **ATTORNEY'S FEES**

**$19,444.05**

**4.22**   **TOM WILSON**

Nonpriority Creditor's Name

**54 MISSOURI SHORES**

Number          Street

**GREAT FALLS, MT 59404**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**          **2024-2025**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CONSTRUCTION PROJECT**

**UNKNOWN**

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.23 TRACTOR SUPPLY CREDIT PLAN

Nonpriority Creditor's Name

**PO BOX 6062**

Number          Street

**CAROL STREAM, IL 60197-6062**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**     0   4   3   7          **$4,073.30**

**When was the debt incurred?**     **2024 TO 2025**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CREDIT CARD PURCHASES**

### 4.24 TRAVELERS CASUALTY & SURETY COMPANY

Nonpriority Creditor's Name

**PO BOX 2989**

Number          Street

**HARTFORD, CT 06104-2989**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**     __  __  __  __          **$81,628.55**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **BOND COMPANY**

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.25 U.S. SMALL BUSINESS ADMINISTRATION
Nonpriority Creditor's Name

**1545 HAWKINS BLVD STE 202**
Number          Street


**EL PASO, TX 79925**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **EIDL LOAN**

**$1,300,000.00**

### 4.26 WELLS FARGO BANK
Nonpriority Creditor's Name

**PO BOX 51166**
Number          Street


**LOS ANGELES, CA 90051-5466**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **8  3  6  1**

**When was the debt incurred?**  **2024 TO 2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CREDIT CARD PURCHASES**

**$984.81**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.27 WESCHENFELDER FEEDLOT INC.**
Nonpriority Creditor's Name

**10626 C.A. ROAD**
Number          Street

**SHEPHERD, MT 59079**
City          State          ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**      **2020 TO 2022**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      **BISON DISPUTE**

**Total claim: UNKNOWN**

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

### 1.
**FUNDBOX, INC.**
Name
**785 MARKET ST**
Number       Street

**SAN FRANCISCO, CA 94103**
City                          State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

### 2.
**COMMERCIAL COLLECTIONS OF AMERICA LLC**
Name
**1559 SPINNAKER DR STE 205**
Number       Street

**VENTURA, CA 93001**
City                          State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

### 3.
**VEDDER PRICE P.C.**
Name
**1633 BROADWAY, 31ST FLOOR**
Number       Street

**NEW YORK, NY 10019**
City                          State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.7** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

### 4.
**NATASHA PRINZING JONES**
Name
**BOONE KARLBERG P.C.**
Number       Street
**PO BOX 9199**

**MISSOULA, MT 59807-9199**
City                          State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

### 5.
**S. COLE WHEELER**
Name
**WOOLF MCCLANE**
**PO BOX 900**
Number       Street
**KNOXVILLE, TN 37901**
City                          State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.12** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

### 6.
**BOSCH, KUHR, DUGDALE & BROWN PLLP**
Name
**PO BOX 7152**
Number       Street

**HAVRE, MT 59501**
City                          State         ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |

| Part 3: | List Others to Be Notified About a Debt That You Already Listed - Additional Page |
|---|---|

**7.**

**MICHAEL J. KLEPPERICH**
Name

**CROWLEY FLECK PLLP**
Number          Street

**PO BOX 2529**

**BILLINGS, MT 59103-2529**
City                              State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.16** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**8.**

**ANDREW T. NEWCOMBER**
Name

**UGRIN ALEXANDER ZADICK, P.C.**
Number          Street

**PO BOX 1746**

**GREAT FALLS, MT 59403-1746**
City                              State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.22** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**9.**

**BRYCE BURKE**
Name

**MOULTON BELLINGHAM**
Number          Street

**PO BOX 2559**

**BILLINGS, MT 59103-2559**
City                              State          ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.27** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

|  | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $3,211,022.17 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $3,211,022.17 |

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **MONTANA**

Case number **4:25-BK-40068-BPH**
(if known)

❑ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**

    ❑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **MARK HAWN** | GRAZING LEASE FOR 80 ACRES. $1,700 PER YEAR |
| | Name | |
| | Number          Street | |
| | **BELT, 59412** | |
| | City          State          ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |

| Debtor 1 | CORY | SHANNON | MARQUIS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | BECKIE | JO | MARQUIS |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **MONTANA**

Case number **4:25-BK-40068-BPH**
(if known)

❑ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ❑ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ❑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ❑ No
      ❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number          Street

      _____
      City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** **M HANGING 6 RANCH LLC** <br> Name <br> **5790 US HWY 89** <br> Number          Street <br> **BELT, MT 59412** <br> City          State          ZIP Code | ❑ Schedule D, line _____ <br> ☑ Schedule E/F, line ___ **4.18** ___ <br> ❑ Schedule G, line _____ |
| **3.2** **MARQUIS CATTLE COMPANY** <br> Name <br> **5790 US HWY 89** <br> Number          Street <br> **BELT, MT 59412** <br> City          State          ZIP Code | ☑ Schedule D, line ___ **2.3** ___ <br> ☑ Schedule E/F, line <br> **4.1, 4.7, 4.11, 4.12, 4.15, 4.16, 4.18, 4.19, 4.24, 4.27** <br> ❑ Schedule G, line _____ |

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.3** **MCC TRUCKING LLC**
Name

**805 US HIGHWAY 87**
Number                    Street

**BELT, MT 59412**
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.18**___
☐ Schedule G, line _____

**3.4** **MONTANA MOUNTAIN BISON, INC.**
Name

**805 US HIGHWAY 87**
Number                    Street

**BELT, MT 59412**
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.18**___
☐ Schedule G, line _____

**3.5** **PUMPT CONCRETE PUMPING LLC**
Name

**5790 US HWY 89**
Number                    Street

**BELT, MT 59412**
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.22**___
☐ Schedule G, line _____

**3.6** **STEVE KILLORN**
Name

Number                    Street

**SAINT IGNATIUS, MT 59865**
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.10**___
☐ Schedule G, line _____

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **MONTANA**

Case number **4:25-BK-40068-BPH**
(if known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>❑ Not employed | ☑ Employed<br>❑ Not employed |
| **Occupation** | | **SELF-EMPLOYED** | **SELF-EMPLOYED** |
| **Employer's name** | | **PUMPT CONCRETE PUMPING LLC** | **PUMPT CONCRETE PUMPING LLC** |
| **Employer's address** | | **5790 US HWY 89**<br>Number    Street | **5790 US HWY 89**<br>Number    Street |
| | | **BELT, MT 59412**<br>City    State    ZIP Code | **BELT, MT 59412**<br>City    State    ZIP Code |
| **How long employed there?** | | **3 YEARS** | **3 YEARS** |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$0.00** |
| 3. **Estimate and list monthly overtime pay.** | 3. + | **$0.00** | + **$0.00** |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | **$0.00** | **$0.00** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here............................................................................ ➔ 4. | $0.00 | $0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. | **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. | **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. | **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $3,000.00 | $3,000.00 |
| 8b. | **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. | **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. | **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. | **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. | **Other monthly income.** Specify: **KENNETH JAKE POWELL AND KATHERINE POWELL** | 8h. + | $2,000.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $5,000.00 | $3,000.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $5,000.00 + | $3,000.00 = $8,000.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

    Specify: _____  11. **+** _____ **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

    12. **$8,000.00**

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

    ❏ No.

    ☑ Yes. Explain: | **SELLING 40 ACRES TO SON AND DAUGHTER-IN-LAW. MONTHLY PAYMENT WILL BE APPROXIMATELY $1,000.00 PER MONTH** |

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

# BUSINESS INCOME

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---:|
| 1. | Gross Monthly Income: | **$3,000.00** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 2. | Ordinary and necessary expense | **$0.00** |
| 3. | Net Employee Payroll (Other than debtor) | **$0.00** |
| 4. | Payroll Taxes | **$0.00** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$0.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$0.00** |
| 11. | Utilities | **$0.00** |
| 12. | Office Expenses and Supplies | **$0.00** |
| 13. | Repairs and Maintenance | **$0.00** |
| 14. | Vehicle Expenses | **$0.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **$0.00** |
| 18. | Insurance | **$0.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | **$0.00** |
| 22. | TOTAL MONTHLY EXPENSES (Add item 2 - 21) | **$0.00** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---:|
| 23. | AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) | **$3,000.00** |

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |

8a. Attached Statement

## BUSINESS INCOME

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 1. | Gross Monthly Income: | **$3,000.00** |

PART B - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 2. | Ordinary and necessary expense | **$0.00** |
| 3. | Net Employee Payroll (Other than debtor) | **$0.00** |
| 4. | Payroll Taxes | **$0.00** |
| 5. | Unemployment Taxes | **$0.00** |
| 6. | Worker's Compensation | **$0.00** |
| 7. | Other Taxes | **$0.00** |
| 8. | Inventory Purchases (Including raw materials) | **$0.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **$0.00** |
| 10. | Rent (Other than debtor's principal residence) | **$0.00** |
| 11. | Utilities | **$0.00** |
| 12. | Office Expenses and Supplies | **$0.00** |
| 13. | Repairs and Maintenance | **$0.00** |
| 14. | Vehicle Expenses | **$0.00** |
| 15. | Travel and Entertainment | **$0.00** |
| 16. | Equipment Rental and Leases | **$0.00** |
| 17. | Legal/Accounting/Other Professional Fees | **$0.00** |
| 18. | Insurance | **$0.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **$0.00** |
| 20. | Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts | |
| | TOTAL PAYMENTS TO SECURED CREDITORS | **$0.00** |
| 21. | Other Expenses | |
| | TOTAL OTHER EXPENSES | **$0.00** |
| 22. | TOTAL MONTHLY EXPENSES (Add item 2 - 21) | **$0.00** |

PART C - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. | AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 1) | **$3,000.00** |

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MONTANA**

Case number **4:25-BK-40068-BPH**
(if known)

Check if this is:

❏ An amended filing

❏ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ❏ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ❏ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No

   ❏ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ❏ No. ❏ Yes. |
| _____ | _____ | ❏ No. ❏ Yes. |
| _____ | _____ | ❏ No. ❏ Yes. |
| _____ | _____ | ❏ No. ❏ Yes. |
| _____ | _____ | ❏ No. ❏ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ❏ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$3,626.96** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | **$333.33** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$100.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

|  |  | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5.    $0.00 |
| 6. | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas | 6a.    $250.00 |
| | 6b.   Water, sewer, garbage collection | 6b.    $0.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c.    $700.00 |
| | 6d.   Other. Specify: _____ | 6d.    $0.00 |
| 7. | **Food and housekeeping supplies** | 7.    $500.00 |
| 8. | **Childcare and children's education costs** | 8.    $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9.    $0.00 |
| 10. | **Personal care products and services** | 10.    $0.00 |
| 11. | **Medical and dental expenses** | 11.    $0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12.    $300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.    $0.00 |
| 14. | **Charitable contributions and religious donations** | 14.    $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a.    $0.00 |
| | 15b. Health insurance | 15b.    $0.00 |
| | 15c. Vehicle insurance | 15c.    $500.00 |
| | 15d. Other insurance. Specify: _____ | 15d.    $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16.    $0.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a.    $838.72 |
| | 17b. Car payments for Vehicle 2 | 17b.    $837.27 |
| | 17c. Other. Specify: _____ | 17c.    $469.44 |
| | 17d. Other. Specify: _____ | 17d.    $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18.    $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19.    $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a. Mortgages on other property | 20a.    $0.00 |
| | 20b. Real estate taxes | 20b.    $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c.    $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d.    $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e.    $0.00 |

21.  **Other.** Specify: _____     21.   **+**              **$0.00**

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.             22a.       **$8,455.72**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2       22b.       **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.       22c.       **$8,455.72**

23.  **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*       23a.       **$8,000.00**

    23b. Copy your monthly expenses from line 22c above.       23b.   **–**       **$8,455.72**

    23c. Subtract your monthly expenses from your monthly income.
       The result is your *monthly net income.*       23c.       **($455.72)**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **DISTRICT OF MONTANA**

Case number **4:25-BK-40068-BPH**
(if known)

❑ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................................................... | **$1,000,000.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*..................................................................... | **$1,454,383.48** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.............................................................................. | **$2,454,383.48** |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$608,376.85** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$0.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+ $3,211,022.17** |
| **Your total liabilities** | **$3,819,399.02** |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................................ | **$8,000.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*....................................................................................... | **$8,455.72** |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☑ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☐ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

|  | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** |  |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **BECKIE** | **JO** | **MARQUIS** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MONTANA**

Case number (if known)  **4:25-BK-40068-BPH**

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ . Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X /S/ CORY SHANNON MARQUIS**
CORY SHANNON MARQUIS, Debtor 1

**X /S/ BECKIE JO MARQUIS**
BECKIE JO MARQUIS, Debtor 2

Date **10/10/2025**
    MM/ DD/ YYYY

Date **10/10/2025**
    MM/ DD/ YYYY

In re:                                                    Case No. 25-10082
Cory Shannon Marquis and Beckie Jo Marquis, Debtors       Chapter 12

Attorney for Debtors: Gary S. Deschenes

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(B), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the Debtors in this case.

2.  The compensation paid or agreed to be paid by the Debtors, to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case  . . . . . . . . . retainer as specified in the application for appointment to be billed at $450.00 hourly
    b)  Prior to the filing of this statement, Debtors have paid $8,520.50 for pre-petition work.
    c)  The unpaid balance due and payable is  . . . . . . . . . . . . see application for appointment
    d)  $450.00 per hour to be charged against the retainer.

3.  $278.00 of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered including the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the Debtors in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    c)  Representation of the Debtors at the meeting of creditors and at hearings to obtain a confirmed plan.

5.  The source of payments made by the Debtors to the undersigned was from earnings, wages and compensation for services performed, and
        Pumpt Concrete Pumping LLC
6.  The source of payments to be made by the Debtors to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed and
        None other
7.  The undersigned has received no transfer, assignment or pledge of property from Debtors except the following for the value stated:
        None
8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
        None

Dated: October 10, 2025                          Respectfully submitted,

                                                 /s/ Gary S. Deschenes
Attorney for Debtors:                            Gary S. Deschenes
                                                 Deschenes & Associates Law Offices
                                                 P.O. Box 3466
                                                 Great Falls MT 59403

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **DISTRICT OF MONTANA**

Case number **4:25-BK-40068-BPH**
(if known)

❑ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

---

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

❑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

❑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____<br>Number   Street | From _____<br>To _____ | _____<br>Number   Street | From _____<br>To _____ |
| _____<br>City          State  ZIP Code | | _____<br>City          State  ZIP Code | |
| | | ❑ Same as Debtor 1 | ❑ Same as Debtor 1 |
| _____<br>Number   Street | From _____<br>To _____ | _____<br>Number   Street | From _____<br>To _____ |
| _____<br>City          State  ZIP Code | | _____<br>City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

❑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❏ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ❏ Wages, commissions, bonuses, tips <br> ☑ Operating a business | **$63,000.00** | ❏ Wages, commissions, bonuses, tips <br> ❏ Operating a business | |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | ❏ Wages, commissions, bonuses, tips <br> ☑ Operating a business | **$421,890.00** | ❏ Wages, commissions, bonuses, tips <br> ❏ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | ❏ Wages, commissions, bonuses, tips <br> ☑ Operating a business | **141,052.00 (NET INCOME)** | ❏ Wages, commissions, bonuses, tips <br> ❏ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

❏ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | | | |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | | | | |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | | | | |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

❑ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

❑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

❑ No. Go to line 7.

❑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **JUNIPER CAPITAL** <br> Creditor's Name <br><br> **11 FRONT STREET S STE 100** <br> Number    Street <br><br> **ISSAQUAH, WA 98027** <br> City    State    ZIP Code | **$3,626.96** <br> **MONTHLY** | **$10,880.88** | **$371,000.00** | ❑ Mortgage <br> ❑ Car <br> ❑ Credit card <br> ☑ Loan repayment <br> ❑ Suppliers or vendors <br> ❑ Other ⎯⎯⎯⎯ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

❑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name <br><br> Number    Street <br><br> City    State    ZIP Code | | | | |

| Debtor 1 | CORY | SHANNON | MARQUIS | |
|---|---|---|---|---|
| Debtor 2 | BECKIE | JO | MARQUIS | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **4:25-BK-40068-BPH**

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number    Street | | | | |
| City          State    ZIP Code | | | | |

---

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **R & M CATTLE CO. V. MARQUIS CATTLE COMPANY, BECKIE MARQUIS AND CORY MARQUIS** | **BREACH OF CONTRACT** | **MONTANA SEVENTEENTH JUDICIAL DISTRICT COURT, BLAINE COUNTY**<br>Court Name<br><br>Number    Street<br><br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **DV-2024-27** | | | |
| Case title | **GARY BELSBY AND LOUSE BELSBY V. CORY MARQUIS AND STEVE KILLORN** | **BREACH OF CONTRACT** | **SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF SPOKANE**<br>Court Name<br><br>Number    Street<br><br>City          State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **25-2-00263-32** | | | |

| | | Nature of the case | Court or agency | Status of the case |
|--|--|--------------------|-----------------|--------------------|
| Case title | **ITRIA VENTURES, LLC V. MARQUIS CATTLE COMPANY; CORY SHANNON MARQUIS; BECKIE JO MARQUIS** | **COLLECTION ACTION** | **MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY** <br> Court Name <br><br> Number　Street <br><br> City　　State　ZIP Code | ☑Pending <br> ☐On appeal <br> ☐Concluded |
| Case number | **DV-7-2023-0000190-BC** | | | |
| Case title | **S & P FINANCIAL SERVICES, INC. V. MARQUIS CATTLE COMPANY, CORY SHANNON MARQUIS AND BECKIE JO MARQUIS** | **POSSESSION OF COLLATERAL** | **MONTANA EIGHTH JUDICIAL DISTRICT COURT, CASCADE COUNTY** <br> Court Name <br><br> Number　Street <br><br> City　　State　ZIP Code | ☑Pending <br> ☐On appeal <br> ☐Concluded |
| Case number | **DV-7-2025-0000297-AU** | | | |
| Case title | **FLAGSTAR FINANCIAL & LEASING, LLC V. MARQUIS CATTLE COMPANY AND BECKIE MARQUIS** | **COLLECTION ACTION** | **SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NASSAU** <br> Court Name <br><br> Number　Street <br><br> City　　State　ZIP Code | ☑Pending <br> ☐On appeal <br> ☐Concluded |
| Case number | **INDEX NO. 620473/2023** | | | |
| Case title | **JB&B CAPITAL, LLC V. MARQUIS CATTLE COMPANY AND BECKIE JO MARQUIS** | **COLLECTION** | **KNOX COUNTY CHANCERY COURT** <br> Court Name <br><br> Number　Street <br><br> City　　State　ZIP Code | ☑Pending <br> ☐On appeal <br> ☐Concluded |
| Case number | **207555-2** | | | |

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | |
|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
| | First Name | Middle Name | Last Name | |

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **SPARTAN BUSINESS SOLUTIONS LLC D/B/A SPARTAIN CAPITAL V. MARQUIS CATTLE COMPANY INC D/B/A MARQUIS CATTLE COMPANY; MONTANA MOUNTAIN BISON, INC.; MCC TRUCKING LLC; M HANGING RANCH LLC D/B/A PUMPT; MARQUIS CATTLE INC AND CORY SHANNON MARQUIS** | **COLLECTION** | **SUPREME COURT OF THE STATE OF NEW YORK COUNTY OF MONROE** <br> Court Name <br><br> Number  Street <br><br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | **INDEX NO. E2023003269** | | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| **CHECKING ACCOUNT AT INDEPENDENCE BANK** | **2/26/25** | **$84.69** |

**MONTANA DEPARTMENT OF REVENUE**
Creditor's Name

**PO BOX 7701**
Number    Street

**HELENA, MT 59604-7701**
City       State    ZIP Code

**Explain what happened**

☐ Property was repossessed.

☐ Property was foreclosed.

☐ Property was garnished.

☑ Property was attached, seized, or levied.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | | |
| _____ Number   Street | | _____ | _____ |
| _____ City        State   ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

### Part 5:  List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | _____ |
| _____ Number      Street | | _____ | _____ |
| _____ City          State   ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No

☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **GRACEWAY BAPTIST CHURCH** <br> Charity's Name <br><br><br> **901 AVENUE B N.W.** <br> Number    Street <br><br> **GREAT FALLS, MT 59404** <br> City          State    ZIP Code | **TIGHE** | **VARIOUS DATES** | **$10,300.00** |

---

## Part 6:  List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss <br><br> Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

---

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| Debtor 1 | **CORY** | **SHANNON** | **MARQUIS** | |
|---|---|---|---|---|
| Debtor 2 | **BECKIE** | **JO** | **MARQUIS** | Case number *(if known)* **4:25-BK-40068-BPH** |
| | First Name | Middle Name | Last Name | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **GARY DESCHENES**<br>Person Who Was Paid | **ATTORNEY'S FEES** | | |
| **PO BOX 3466**<br>Number    Street | | | **$10,000.00** |
| | | | |
| **GREAT FALLS, MT 59403-3466**<br>City          State    ZIP Code | | | |
| Email or website address | | | |
| **PUMPT CONCRETE PUMPING LLC - $2,500 ON 5/20/25; PUMPT CONCRETE PUMPING LLC - $2,500.00 ON 5/28/25; AND $5,000.00 PAID BY DEBTORS ON 9/15/25**<br>Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **SUMMIT FINANCIAL EDUCATION, INC.**<br>Person Who Was Paid | **CREDIT COUNSELING CERTIFICATES** | **9/6/25** | **$34.95** |
| Number    Street | | | |
| | | | |
| City          State    ZIP Code | | | |
| Email or website address | | | |
| **DEBTORS**<br>Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **DELLI BOVI AND REED**<br>Person Who Was Paid | | | |
| **34 W 6TH AVE STE 2E**<br>Number    Street | | | |
| | | | |
| **HELENA, MT 59601**<br>City          State    ZIP Code | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **MARRA, EVENSON, & LEVINE PC** <br> Person Who Was Paid <br><br> **PO BOX 1525** <br> Number   Street <br><br><br> **GREAT FALLS, MT 59403** <br> City        State   ZIP Code | | _____ | _____ |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **TAYNE LAW** <br> Person Who Was Paid <br><br> Number   Street <br><br><br> City        State   ZIP Code | | _____ | _____ |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **DAVE KASSELL** <br> Person Who Was Paid <br><br> Number   Street <br><br><br> City        State   ZIP Code | | _____ | _____ |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **JACOB MARKS** <br> Person Who Was Paid <br><br> Number   Street <br><br><br> City        State   ZIP Code | | _____ | _____ |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

❏ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **ISAIAH SMITH, VICTORIA ANDERSON** <br> Person Who Received Transfer <br><br> **1175 N. 400 E** <br> Number    Street <br><br> **LOGAN, UT 84341** <br> City            State    ZIP Code <br><br> Person's relationship to you <br> **NONE** | **VACANT LAND RAYNESFORD, MT, JUDITH BASIN COUNTY, MONTANA. SALE PRICE $140,000.00** | **PAYOFF FIRST MORTGAGE LIEN TO JUNIPER LOAN SERVICING IN THE AMOUNT OF $129,981.61. AFTER PAYMENT OF CLOSING COSTS AND PROPERTY TAXES, DEBTOR RECEIVED $0.00.** | **10/25/2024** |
| **AMOS BIRKY AND LORETTA BIRKY** <br> Person Who Received Transfer <br><br><br> Number    Street <br><br><br> City            State    ZIP Code <br><br> Person's relationship to you <br> **NONE** | **REAL PROPERTY IN CASCADE AND JUDITH BASIN COUNTIES, MONTANA FOR THE SUM OF $470,000.00** | **PAYMENT TO JUNIPER LOAN SERVICING CORPORATION IN THE AMOUNT OF $465,312.11. AFTER PAYMENT OF CLOSING COSTS, PROPERTY TAXES, AND ATTORNEY FEES TO MARRA EVENSON & LEVINE, PC IN THE AMOUNT OF $1,755.00, THE AMOUNT PAID TO DEBTORS WAS $0.00** | **04/18/2024** |
| **KENNETH JAKE POWELL AND KATHERINE POWELL** <br> Person Who Received Transfer <br><br> **805 US HWY 87** <br> Number    Street <br><br> **BELT, MT 59412** <br> City            State    ZIP Code <br><br> Person's relationship to you <br> **NONE** | **REAL PROPERTY LOCATED AT 805 US HWY 87, BELT, JUDITH BASIN COUNTY, MT FOR THE SUM OF $486,800.00.** | **PROMISSORY NOTE AND REAL ESTATE TRUST INDENTURE TO SECURE PAYMENT OF SALE PRICE.** | **01/03/2025** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---------|-------------------------------------------------------------------------------------|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

❏ Yes. Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number     Street**<br><br>_____<br><br>_____<br>**City          State    ZIP Code** | **XXXX– ___ ___ ___ ___** | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other _____ | _____ | _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❏ Yes. Fill in the details.

|  | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>**Name of Financial Institution**<br><br>_____<br>**Number     Street**<br><br>_____<br><br>_____<br>**City          State    ZIP Code** | _____<br>**Name**<br><br>_____<br>**Number     Street**<br><br>_____<br>**City          State    ZIP Code** |  | ❏ No<br>❏ Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

❏ No

☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **KENNETH JAKE POWELL AND KATHERINE POWELL**<br>Name of Storage Facility | **NONE**<br>Name | **ANTIQUES LISTED IN SCHEDULE B** | ☑No<br>☐Yes |
| **805 US HWY 87**<br>Number    Street | Number    Street | | |
| | City            State    ZIP Code | | |
| **BELT, MT 59412**<br>City            State    ZIP Code | | | |

---

## Part 9:  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑No

☐Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | Number    Street | | |
| Number    Street | City            State    ZIP Code | | |
| City            State    ZIP Code | | | |

---

## Part 10:  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑No

☐Yes. Fill in the details.

Debtor 1  **CORY**      **SHANNON**      **MARQUIS**
Debtor 2  **BECKIE**      **JO**      **MARQUIS**      Case number *(if known)* __4:25-BK-40068-BPH__

First Name      Middle Name      Last Name

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

Name of site      Governmental unit

Number    Street      Number    Street

     City      State    ZIP Code

City      State    ZIP Code

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

Name of site      Governmental unit

Number    Street      Number    Street

     City      State    ZIP Code

City      State    ZIP Code

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❑ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | | | ❑ Pending |
| | Court Name | | ❑ On appeal |
| | | | ❑ Concluded |
| | Number    Street | | |
| Case number | | | |
| | City    State    ZIP Code | | |

| Debtor 1 | CORY | SHANNON | MARQUIS | | |
|---|---|---|---|---|---|
| Debtor 2 | BECKIE | JO | MARQUIS | | |
| | First Name | Middle Name | Last Name | | |

Case number *(if known)* **4:25-BK-40068-BPH**

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❑ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

---

**M HANGING 6 RANCH LLC**
Name

**Describe the nature of the business**
RANCHING

**Employer Identification number**
Do not include Social Security number or ITIN.
EIN: 8 7 – 4 5 1 6 9 1 4

**5790 US HWY 89**
Number    Street

**Name of accountant or bookkeeper**
TAX RETURNS PREPARED BY DAVID DEFFINBAUGH, CPA. BECKIE MARQUIS DOES BOOKKEEPING

**Dates business existed**
From 01/19/2022 To PRESENT

**BELT, MT 59412**
City          State    ZIP Code

---

**PUMPT CONCRETE PUMPING LLC**
Name

**Describe the nature of the business**
CONCRETE PUMPING AND EXCAVATING

**Employer Identification number**
Do not include Social Security number or ITIN.
EIN: 9 2 – 0 6 3 7 2 5 2

**5790 US HWY 89**
Number    Street

**Name of accountant or bookkeeper**
DAVID DEFFINBAUGH, CPA PREPARES TAX RETURNS. BECKIE MARQUIS DOES ACCOUNTING

**Dates business existed**
From 08/10/2023 To PRESENT

**BELT, MT 59412**
City          State    ZIP Code

---

**MARQUIS CATTLE COMPANY**
Name

**Describe the nature of the business**
CATTLE TRADING

**Employer Identification number**
Do not include Social Security number or ITIN.
EIN: 4 5 – 4 0 3 0 5 7 3

**5790 US HWY 89**
Number    Street

**Name of accountant or bookkeeper**
DAVID DEFFINBAUGH, CPA PREPARES TAX RETURNS. BECKIE MARQUIS DOES BOOKKEEPING

**Dates business existed**
From 12/19/2011 To PRESENT

**BELT, MT 59412**
City          State    ZIP Code

---

**STOVED UP**
Name

**Describe the nature of the business**
SALES OF WOOD STOVES

**Employer Identification number**
Do not include Social Security number or ITIN.
EIN: __ __ – __ __ __ __ __ __ __

**5790 US HWY 89**
Number    Street

**Name of accountant or bookkeeper**
BECKIE MARQUIS DOES BOOKKEEPING

**Dates business existed**
From 12/22/2022 To PRESENT

**BELT, MT 59412**
City          State    ZIP Code

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| _____ | _____ |
| **Name** | **MM / DD / YYYY** |
| _____ | |
| **Number      Street** | |
| _____ | |
| **City          State    ZIP Code** | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /S/ CORY SHANNON MARQUIS

Signature of CORY SHANNON MARQUIS, Debtor 1

Date **10/10/2025**

**X** /S/ BECKIE JO MARQUIS

Signature of BECKIE JO MARQUIS, Debtor 2

Date **10/10/2025**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

ANDREW T. NEWCOMBER
UGRIN ALEXANDER ZADICK, P.C.
PO BOX 1746
GREAT FALLS, MT 59403-1746

BLUEVINE CAPITAL, INC.
550 HAMILTON AVENUE
PALO ALTO, CA 94301

BOSCH, KUHR, DUGDALE &
BROWN PLLP
PO BOX 7152
HAVRE, MT 59501

BRYCE BURKE
MOULTON BELLINGHAM
PO BOX 2559
BILLINGS, MT 59103-2559

CASCADE COUNTY
TREASURER
121 4TH STREET NORTH STE 1A
GREAT FALLS, MT 59401

CENTURYLINK
PO BOX 2489
OMAHA, NE 68103

CHRYSLER CAPITAL
PO BOX 961272
FORT WORTH, TX 76161

CITI CARDS
PO BOX 6052
CAROL STREAM, IL 60197

CITI THANKYOU
MASTERCARD
PO BOX 6064
CAROL STREAM, IL 60197

COMMERCIAL COLLECTIONS
OF AMERICA LLC
1559 SPINNAKER DR STE 205
VENTURA, CA 93001

DELLI BOVI AND REED
34 W 6TH AVE STE 2E
HELENA, MT 59601

DESCHENES & ASSOCIATES
LAW OFFICES
PO BOX 3466
GREAT FALLS, MT 59403-3466

DISCOVER
PO BOX 45909
SAN FRANCISCO, CA 94145-0909

FIRST INTERSTATE BANK
715 POB
WILMINGTON, OH 45177

FLAGSTAR FINANCIAL &
LEASING LLC
100 DUFFY AVE STE 402
HICKSVILLE, NY 11801

FNB OMAHA
SCHEELS VISA
PO BOX 2557
OMAHA, NE 68103

FREEDOM BANK
6640 W 143RD ST
OVERLAND PARK, KS 66223

FUNDBOX, INC.
785 MARKET ST
SAN FRANCISCO, CA 94103

GARY AND LOUISE BELSBY
C/O PHILLABAUM, LEDLIN, MATTHEWS ET
AL.
1235 N POST STREET STE 100
SPOKANE, WA 99201

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ITRIA VENTURES LLC
ATTN: PRESIDENT AND GENERAL
COUNSEL
ONE PENN PLAZA STE 4530
NEW YORK, NY 10119

JB&B CAPITAL
PO BOX 10068
KNOXVILLE, TN 37939

JUNIPER CAPITAL
11 FRONT STREET S STE 100
ISSAQUAH, WA 98027

LANDMARK NATIONAL BANK
6640 W 143RD ST
OVERLAND PARK, KS 66223

M HANGING 6 RANCH LLC
5790 US HWY 89
BELT, MT 59412

MARK HAWN
BELT59412

MARQUIS CATTLE COMPANY
5790 US HWY 89
BELT, MT 59412

BECKIE JO MARQUIS
5790 US HWY 89
BELT, MT 59412

CORY SHANNON MARQUIS
5790 US HWY 89
BELT, MT 59412

MARRA, EVENSON, & LEVINE
PC
PO BOX 1525
GREAT FALLS, MT 59403

MCC TRUCKING LLC
805 US HIGHWAY 87
BELT, MT 59412

MICHAEL J. KLEPPERICH
CROWLEY FLECK PLLP
PO BOX 2529
BILLINGS, MT 59103-2529

MONTANA DEPARTMENT OF
REVENUE
BANKRUPTCY SPECIALIST
PO BOX 7701
HELENA, MT 59604-7701

MONTANA FEDERAL CREDIT
UNION
PO BOX 5027
GREAT FALLS, MT 59403

MONTANA MOUNTAIN BISON,
INC.
805 US HIGHWAY 87
BELT, MT 59412

NATASHA PRINZING JONES
BOONE KARLBERG P.C.
PO BOX 9199
MISSOULA, MT 59807-9199

PUMPT CONCRETE PUMPING
LLC
5790 US HWY 89
BELT, MT 59412

R & M CATTLE CO.
ATTN: MERLE OLSON
210 COTTONWOOD LANE
CHINOOK, MT 59523

RUSSELL COUNTY FCU
PO BOX 2605
GREAT FALLS, MT 59403

S & P FINANCIAL SERVICES,
INC.
8341 NW MACE RD #200
KANSAS CITY, MO 64152

S. COLE WHEELER
WOOLF MCCLANE
PO BOX 900
KNOXVILLE, TN 37901

SEGFCU
PO BOX 69
LAUREL, MT 59044

SHOP YOUR WAY
MASTERCARD
PO BOX 6070
CAROL STREAM, IL 60197

SPARTAN BUSINESS
SOLUTIONS LLC
C/O THE LAW OFFICE OF JASON GANG,
PLLC
1245 HEWLETT PLAZA #478
HEWLETT, NY 11557

STEARNS BANK
PO BOX 750
ALBANY, MN 56307-0750

STEVE KILLORN
SAINT IGNATIUS, MT 59865

SYNCHRONY BANK
PO BOX 71715
PHILADELPHIA, PA 19176-1715

TAYNE LAW GROUP
135 PINELAWN ROAD STE 250N
MELVILLE, NY 11747

TOM WILSON
54 MISSOURI SHORES
GREAT FALLS, MT 59404

TRACTOR SUPPLY CREDIT
PLAN
PO BOX 6062
CAROL STREAM, IL 60197-6062

TRAVELERS CASUALTY &
SURETY COMPANY
PO BOX 2989
HARTFORD, CT 06104-2989

U.S. SMALL BUSINESS
ADMINISTRATION
1545 HAWKINS BLVD STE 202
EL PASO, TX 79925

VEDDER PRICE P.C.
1633 BROADWAY, 31ST FLOOR
NEW YORK, NY 10019

WELLS FARGO BANK
PO BOX 51166
LOS ANGELES, CA 90051-5466

WESCHENFELDER FEEDLOT
INC.
10626 C.A. ROAD
SHEPHERD, MT 59079

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MONTANA**
**BUTTE DIVISION**

IN RE: **MARQUIS, CORY SHANNON**
     **MARQUIS, BECKIE JO**

CASE NO 4:25-BK-40068-BPH

CHAPTER **12**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **10/10/2025**     Signature     **/S/ CORY SHANNON MARQUIS**
                                          CORY SHANNON MARQUIS, Debtor

Date **10/10/2025**     Signature     **/S/ BECKIE JO MARQUIS**
                                          BECKIE JO MARQUIS, Joint Debtor