Gary S. Deschenes (ID #2293)
DESCHENES & ASSOCIATES LAW OFFICES
309 First Avenue North
P.O. Box 3466
Great Falls MT 59403-3466
E-mail:  gsd@dalawmt.com
Telephone (406) 761-6112
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**CORY SHANNON MARQUIS**
**BECKIE JO MARQUIS,**

      Debtors.

**Case No. 4:25-bk-40068-BPH**

### DEBTORS' NOTICE TO ADVISE OF NO PAYMENT ADVICES §521(a)(1)(B)(iv)

The Debtors, Cory Shannon Marquis and Beckie Jo Marquis, by counsel, notify the Court

that they are self-employed and have no payment advices or other evidence of payment received

from any employer to provide to the Court.

DATED this 10th day of October, 2025.

         DESCHENES & ASSOCIATES LAW OFFICES

         BY:/s/ Gary S. Deschenes
           Gary S.  Deschenes
           Attorneys for Debtors

           /s/ Cory Shannon Marquis
           Cory Shannon Marquis, Debtor

           /s/ Beckie Jo Marquis
           Beckie Jo Marquis, Debtor