Gary S. Deschenes (ID #2293)
DESCHENES & ASSOCIATES LAW OFFICES
309 First Avenue North
P.O. Box 3466
Great Falls MT 59403-3466
E-mail:  gsd@dalawmt.com
Telephone (406) 761-6112
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**CORY SHANNON MARQUIS**
**BECKIE JO MARQUIS,**

                     Debtors.

**Case No. 4:25-bk-40068-BPH**

## DEBTOR'S SECTION 521(c) NOTICE

The Debtors hereby provide notice to all interested parties that they do not have an interest in an educational individual retirement account as defined in §530(b)(1) of the Internal Revenue Code of 1986 or under a qualified State Tuition program as defined in §529(b)(1) of such Code.

DATED this 10th day of October, 2025.

DESCHENES & ASSOCIATES LAW OFFICES

BY:/s/ Gary S. Deschenes
     Gary S.  Deschenes
     Attorneys for Debtors

     /s/ Cory Shannon Marquis
     Cory Shannon Marquis, Debtor

     /s/ Beckie Jo Marquis
     Beckie Jo Marquis, Debtor