Gary S. Deschenes (ID #2293)
DESCHENES & ASSOCIATES LAW OFFICES
309 First Avenue North
P.O. Box 3466
Great Falls MT 59403-3466
E-mail:  gsd@dalawmt.com
Telephone (406) 761-6112
Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**CORY SHANNON MARQUIS**
**BECKIE JO MARQUIS,**

Debtors.

**Case No. 4:25-bk-40068-BPH**

## STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

Pursuant to Mont. LBR 4002-1(e), the undersigned hereby provide this Statement

of Domestic Support Obligation(s), as defined in 11 U.S.C. § 101(14A).

1. Debtors' name: Cory Shannon Marquis and Beckie Jo Marquis

2. Do Debtors have a domestic support obligation: _____ yes _X_ no.  If yes, please fill
out the rest of this form.  If no, do not fill out the rest, but sign where indicated below.

3. Debtor's employer and employer's address: _____

4. Name, address, phone number, employer's name, and address of employer for any
person responsible with the Debtor for the support:

_____

_____

5. Name, address and phone number for the holder of the claim of support:

_____

_____

[If the Debtor does not know the whereabouts of the former spouse, this fact should be affirmatively stated above, but the address for the support collection agency must be provided.]

_____

AS OF THE DATE OF FILING OF THE BANKRUPTCY PETITION:

1.  Amount of support obligation: $_____ per _____ [i.e. month, week, etc.]

2.  Term of support obligation: from _____ until _____

3.  Amount that the domestic support obligation is in arrears: $ _____

4.  Court name and jurisdiction in which order of support was issued:

    _____

5.  Court Case No. _____

6.  Name and address of State Child Support Enforcement Agency involved in such claim:

    _____

**I declare under penalty of perjury that the foregoing is true and correct.**

**/s/ Cory Shannon Marquis**　　　　　　　**10/10/2025**
**Signature of Debtor**　　　　　　　　　　**Date**

**/s/ Beckie Jo Marquis**　　　　　　　　**10/10/2025**
**Signature of Debtor**　　　　　　　　　　**Date**