Robert G. Drummond
Chapter 12 Case Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829
Telephone: (406) 761-8600
Trustee@MTChapter13.com
State Bar I.D. Number 2286

(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

--------------------------------------------------------------------------

In re                                    )
                                         )    Case No. 4:25-bk-40068-BPH
CORY SHANNON MARQUIS and                 )
BECKIE JO MARQUIS,                       )
                                         )
            Debtors.                     )

--------------------------------------------------------------------------

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM**

--------------------------------------------------------------------------

Pursuant to Rule 3007, Mont. LBR 3007-1, and Rule 3002-1, the undersigned respectfully objects to the Proof of Claim filed in the above-entitled case by S & P Financial Services, Inc., listed as Amended Claim No. 25-2 on the Claims Register maintained by the Clerk of Court. The grounds for this objection are as follows:

1.      S & P Financial Services, Inc. filed a Proof of Claim on December 17, 2025, listed as Claim No. 25 on the Claims Register.

2.      The Trustee filed a Notice of Late Filed Claims on December 22, 2025, as required by Mont. L.B.R. 3002-1 (ECF No. 70). The Notice of Late Filed Claims objected to late filed Claim Nos. 25, 26, and 27 filed by S & P Financial Services, Inc. The Notice of Late Filed Claims provided:

1

**NOTICE OF OPPORTUNITY TO RESPOND**
**AND REQUEST A HEARING**

    **Because your Proof of Claim was filed late, Mont. LBR 3002-1 provides that suchclaim shall be deemed disallowed, without formal objection or hearing, unless you file a response and request a hearing within thirty (30) days of the date of this notice.**

    **If you respond, then you shall notice the contested matter for hearing pursuant toMont. LBR 9013-1 and shall schedule the hearing on the objection and response at least twenty-one (21) days after the date of the your response and request for hearing, and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

**NOTICE OF HEARING**

    **Date:** _____
    **Time:**_____
    **Location:**_____

    **If you fail to file a written response to the objection to the late filed claim within thirty (30) days of the date of the notice, the failure to respond shall be deemed an admission that the objection should be sustained by the Court without further notice or hearing.**

    3.  S & P Financial Services, Inc. did not file a response to the Trustee's Notice of Late Filed Claims.

    4.  Pursuant to Mont. LBR 3002-1, failure to respond is deemed an admission that the objection should be sustained.

    5.  S & P Financial Services, Inc. filed a Proof of Claim on May 12, 2026, marked as an amendment of Claim No. 25. Claim No. 25 was previously disallowed.

    WHEREFORE, Amended Proof of Claim number 25-2 should be disallowed.

    DATED May 20, 2026.

            Chapter 12 Case Trustee
            P. O. Box 1829
            Great Falls, MT  59403-1829


            By /s/ Robert G. Drummond_____
             Trustee

2

NOTICE OF OBJECTION TO CLAIM AND OPPORTUNITY TO RESPOND
AND REQUEST A HEARING

An objection to your claim in this bankruptcy case has been filed. The objection may result in your claim being reduced, modified or eliminated. If you do not want your claim modified or eliminated, you must file a written responsive pleading and request a hearing within thirty (30) days of the date of the objection. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:

**NOTICE OF HEARING**
**Date:** _____
**Time:**_____
**Location:**_____

If no objections are timely filed, the Court may reduce, modify or eliminate the claim.

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify under penalty of perjury that on May 20, 2026, a copy of the foregoing **TRUSTEE'S OBJECTION TO PROOF OF CLAIM** was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties:

S & P Financial Services, Inc.
8341 N.W. Mace Road, #200
Kansas City, MO 64152

Cory and Beckie Marquis
5791 US Hwy 89
Belt, MT 59412

/s/ Tiffany Floerchinger
Tiffany Floerchinger